UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROYAL LOVE-CAMP,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN WILLIAMS, SR., et al,<br><br>        Defendant. | Case No.: 2:23-cv-00964-ART-BNW<br><br>**ORDER** |

      Plaintiff Royal Love-Camp brings this pro se civil-rights action under 42 U.S.C. § 1983, alleging that his constitutional rights were violated while he was incarcerated at High Desert State Prison. (ECF No. 1-1). On July 14, 2023, the Court ordered Plaintiff to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* in this action by September 14, 2023. (ECF No. 3). The Court extended the deadline to October 23, 2023, after it discovered its prior order had not been sent to Plaintiff. (ECF No. 4). This case was then reassigned to U.S. District Judge Traum and the case number was updated to 2:23-cv-00964-ART-BNW. (ECF Nos. 5, 6). Thereafter, the Court's mail to Plaintiff was returned as undeliverable, stating that Plaintiff had been transferred to Ely State Prison. (ECF Nos. 7, 8, 9). The Nevada Department of Corrections inmate database likewise states that Plaintiff is currently housed at Ely State Prison.

      Nevada Local Rule IA 3-1 states that "a pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." The notification must be sent to all parties or their attorneys, when applicable. Nev. Loc. R. IA 3-1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

      It is therefore ordered that Plaintiff has until October 23, 2023, to file his updated address with the Court.

      It is further ordered that the October 23, 2023, deadline for Plaintiff to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents remains in effect.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Royal Love-Camp courtesy copies of the Court's July 14, 2023, order and exhibits (ECF Nos. 3, 3-1, 3-2); the Court's August 23, 2023, minute orders (ECF Nos. 4, 5); and the Clerk's August 24, 2023, notice of reassignment (ECF No. 6) by emailing them to the address that the Court has for Ely State Prison's law library.

DATED THIS 28th day of August 2023.

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE